# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON SCOTT PLAUGHER,<br><br>Plaintiff,<br><br>V.<br><br>NANCY A. BERRYHILL, acting as Commissioner of Social Security,<br><br>Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 4)<br><br>CASE NUMBER: 1:17-CV-734-GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: May 30, 2017

                                                          **/s/ Gary S. Austin**
                                    United States Magistrate Judge Gary S. Austin