JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:     541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRESTON SCOTT PLAUGHER,               )     Case No.  1:17-CV-00734-GSA
                                      )
        Plaintiff                     )     **STIPULATION AND**
                                      )     **ORDER FOR EXTENSION OF TIME**
v.                                    )     **TO FILE PLAINTIFF'S REPLY BRIEF**
                                      )
NANCY A. BERRYHILL,                   )
Acting Comm'r of Social Security,     )
                                      )
        Defendant                     )
                                      )
_____)

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

the time 14 Days to March 15, 2018, for Plaintiff to file his Reply Brief, in accordance with the

Court's Scheduling Order.  This is Plaintiff's first request for an extension for his Reply Brief.  It is

requested due to the fact that Plaintiff's counsel has numerous filings and other appointments around

the time of the current due date.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: February 27, 2018

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  February 27, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

///

///

///

///

///

///

///

ORDER

Pursuant to the parties' stipulation, Plaintiff's Reply shall be filed no later than **March 15, 2018.**

IT IS SO ORDERED.

Dated:  **February 28, 2018**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE